692

Ralph J. Baker, having made return to the rule, apologizing for his neglect, and the check issued to him having been deposited.

It is ordered that the respondent, Ralph J. Baker, be, and he is hereby, reprimanded for unjustified failure in a duty owed by him as a member of the Bar of this Court to respond to communications addressed to him by the Clerk of this Court pertaining to the business of the Court;

And it is further ordered that the rule to show cause aforesaid be, and it is hereby, discharged.

*Mr. Ralph J. Baker, pro se.*

No. —. IN RE DEPPE. January 13, 1936. The petition for reconsideration of order denying motion of October 25, 1935, is denied. *Mr. William P. Deppe, pro se.*

No. —. IN RE STEELE-BECK. January 13, 1936. Petition for leave to file suit against the State of Ohio is denied. *Florence Steele-Beck, pro se.*

No. —, original. EX PARTE MINCHELLA. January 13, 1936. The motion for leave to file petition for writ of habeas corpus is denied. *Mr. Charles Minchella, pro se.*

No. —, original. EX PARTE KATTELMAN. January 13, 1936. The motion for leave to file petition for writ of prohibition is denied. *Mr. Patrick H. Cullen* for petitioner.

No. —, original. IN RE MARKS. January 13, 1936. The application for leave to file petition for writ of habeas corpus is denied. *Mr. Laurence Marks, pro se.*